IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL DAVID PUNZAL, JR., )<br>Defendant. )<br>)<br>)<br>_____) | 2:22-cr-00216-DAD |
| )<br>UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL PUNZAL, )<br>Defendant. )<br>)<br>_____) | 2:22-cr-00232-TLN |

Pusuant to the filing of the Notice of Related Cases in case numbers 2:22-cr-00216-DAD and 2:22-cr-00232-TLN on November 11, 2022;

Case number 2:22-cr-00232-TLN is transferred to the docket of District Judge Dale A. Drozd to effect a savings of judicial effort and judicial economy.

/////

1

To prevent a delay in documents being received by the correct judicial officer, the new case number listed below should be used on all future documents.

**2:22-cr-00232-DAD**

IT IS SO ORDERED.

Dated: __November 21, 2022__

_____
UNITED STATES DISTRICT JUDGE