HEATHER E. WILLIAMS, #122664
Federal Defender
MEGAN T. HOPKINS, #294141
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95823
Telephone: 916-498-5700
Fax: 916-498-5710

Attorney for Defendant
MICHAEL DAVID PUNZAL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL DAVID PUNZAL, <br><br> Defendant. | Case No. 2:22-cr-00216-DAD <br><br> STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME <br><br> Date: February 21, 2023 <br> Time: 9:30 a.m. <br> Judge: Hon. Dale A. Drozd |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Emily Sauvageau, counsel for plaintiff, and Assistant Federal Defender Megan T. Hopkins, counsel for defendant Michael David Punzal, that the status conference scheduled for February 21, 2023, at 9:30 a.m. be continued to **April 11, 2023, at 9:30 a.m.**

Defense counsel is unavailable on the currently scheduled date of February 21, 2023, due to a conflicting hearing in another matter scheduled for 10:00 a.m. before the Honorable Ana De Alba in Fresno, CA that same day. Counsel for the government represents that the initial discovery production is ready and will be provided to the defense promptly. The parties do not anticipate having a change in the status of the case within the next three weeks, and therefore

1 agree that resetting the hearing for April 11, 2023, will provide sufficient time for defense

2 investigation and preparation, pre plea negotiations, and reciprocal exchange of discovery.

3     Accordingly, the parties request that the status conference in this matter be reset for

4 Tuesday, April 11, 2023, at 9:30 a.m. or as soon thereafter as the Court is available.  The parties

5 agree that the ends of justice served by resetting the status conference date outweigh the best

6 interest of the public and the defendant in a speedy trial.  Therefore, the parties agree that time is

7 excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv) (Local Code T4).

9 DATED: February 3, 2023    Respectfully submitted,

    HEATHER E. WILLIAMS
    Federal Public Defender

    */s/ Megan T. Hopkins*
    MEGAN T. HOPKINS
    Assistant Federal Defender
    Attorney for Defendant
    MICHAEL DAVID PUNZAL


    PHILLIP A. TALBERT
    United States Attorney

17 DATED:  February 3, 2023    */s/ Emily Sauvageau*
    EMILY SAUVAGEAU
    Assistant United States Attorney
    Attorney for Plaintiff

# **O R D E R**

Pursuant to the stipulation of the parties, the status conference in this case is continued to **April 11, 2023, at 9:30 a.m.**  The time period between February 21, 2023, and April 11, 2023, is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(i) and (iv), as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:   **February 12, 2023**           *[signature: Dale A. Drozd]*
                                         UNITED STATES DISTRICT JUDGE