PHILLIP A. TALBERT
United States Attorney
EMILY G. SAUVAGEAU
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL DAVID PUNZAL,<br><br>Defendant. | CASE NO. 2:22-CR-0216-DAD<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: April 25, 2023<br>TIME: 9:30 a.m.<br>COURT: Hon. Dale A. Drozd |
|---|---|

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on April 25, 2023.

2. By this stipulation, defendant now moves to continue the status conference until June 27, 2023, and to exclude time between April 25, 2023, and June 27, 2023, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes body camera video footage, search warrants, search warrant photos, and law enforcement reports. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

   b) Counsel for defendant desires a brief continuance to additional time to review

discovery and continue their investigation.

        c)      Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        d)      The government does not object to the continuance.

        e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of April 25, 2023 to June 27, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  April 17, 2023                           PHILLIP A. TALBERT
                                                  United States Attorney

                                                  /s/ EMILY G. SAUVAGEAU
                                                  EMILY G. SAUVAGEAU
                                                  Assistant United States Attorney


Dated:  April 17, 2023                           /s/ MEGAN HOPKINS
                                                  MEGAN HOPKINS
                                                  Counsel for Defendant
                                                  MICHAEL DAVID PUNZAL

**ORDER**

Pursuant to the stipulation of the parties and good cause appearing, the status conference previously scheduled for April 25, 2023, is continued to June 27, 2023, and time is excluded April 25, 2023, and June 27, 2023, under Local Code T4.

IT IS SO ORDERED.

Dated:  **April 17, 2023**

_____
UNITED STATES DISTRICT JUDGE