HEATHER E. WILLIAMS, #122664
Federal Defender
MEGAN T. HOPKINS, #294141
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95823
Telephone: 916-498-5700
Fax: 916-498-5710

Attorney for Defendant
MICHAEL DAVID PUNZAL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-cr-00216-DAD |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME |
| v. | |
| MICHAEL DAVID PUNZAL, | Date: August 29, 2023 |
| Defendant. | Time: 9:30 a.m. |
| | Judge: Hon. Dale A. Drozd |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Emily Sauvageau, counsel for plaintiff, and Assistant Federal Defender Megan T. Hopkins, counsel for defendant Michael David Punzal, that the status conference scheduled for June 27, 2023, at 9:30 a.m. be continued to **August 29, 2023, at 9:30 a.m.**

The defense is conducting ongoing investigation, pre plea negotiations, and reciprocal exchange of discovery. An additional sixty (60) days will allow sufficient time for the defense to complete its investigation and for Mr. Punzal to decide how best to proceed in this case. Accordingly, the parties request that the status conference in this matter be reset for Tuesday, August 29, 2023, at 9:30 a.m. or as soon thereafter as the Court is available. The parties agree that the ends of justice served by resetting the status conference date outweigh the best interest of

the public and the defendant in a speedy trial.  Therefore the parties agree that time is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv) (Local Code T4).

DATED: June 21, 2023                    Respectfully submitted,

HEATHER E. WILLIAMS
Federal Public Defender

*/s/ Megan T. Hopkins*
MEGAN T. HOPKINS
Assistant Federal Defender
Attorney for Defendant
MICHAEL DAVID PUNZAL


PHILLIP A. TALBERT
United States Attorney

DATED:  June 21, 2023                    */s/ Emily Sauvageau*
EMILY SAUVAGEAU
Assistant United States Attorney
Attorney for Plaintiff

# O R D E R

**IT IS HEREBY ORDERED** that the status conference is continued to **August 29, 2023, at 9:30 a.m.**  The time period between June 27, 202,3 and August 29, 2023, is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(i) and (iv), as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:   **June 22, 2023**                    _____
UNITED STATES DISTRICT JUDGE