HEATHER E. WILLIAMS, #122664
Federal Defender
MEGAN T. HOPKINS, #294141
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95823
Telephone: 916-498-5700
Fax: 916-498-5710

Attorney for Defendant
MICHAEL DAVID PUNZAL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.  2:22-cr-00216-DAD |
| Plaintiff, | ) STIPULATION AND ORDER TO RESET ) STATUS CONFERENCE AND CONVERT |
| v. | ) TO CHANGE OF PLEA AND EXCLUDE ) TIME |
| MICHAEL DAVID PUNZAL, | ) |
| Defendant. | ) Date:   September 26, 2023 ) Time:   9:30 a.m. ) Judge:  Hon. Dale A. Drozd |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Emily Sauvageau, counsel for plaintiff, and Assistant Federal Defender Megan T. Hopkins, counsel for defendant Michael David Punzal, that the status conference scheduled for August 29, 2023, at 9:30 a.m. be reset for a Change of Plea hearing on **September 26, 2023, at 9:30 a.m.**

The defense is working to conclude its investigation and determine if there is anything to be gained by the parties' engagement in continued pre plea negotiations.  Mr. Punzal anticipates being prepared to enter a change of plea, either pursuant to a plea agreement or as an open plea to the sole count in the indictment, on September 26, 2023,, at 9:30 a.m. or as soon thereafter as the Court is available.

The parties agree that the ends of justice served by resetting the status conference for a change of plea hearing outweigh the best interest of the public and the defendant in a speedy trial.  Therefore, the parties agree that time is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv) (Local Code T4).

DATED: August 21, 2023                       Respectfully submitted,

                                             HEATHER E. WILLIAMS
                                             Federal Public Defender

                                             */s/ Megan T. Hopkins*
                                             MEGAN T. HOPKINS
                                             Assistant Federal Defender
                                             Attorney for Defendant
                                             MICHAEL DAVID PUNZAL

                                             PHILLIP A. TALBERT
                                             United States Attorney

DATED:  August 21, 2023                       */s/ Emily Sauvageau*
                                             EMILY SAUVAGEAU
                                             Assistant United States Attorney
                                             Attorney for Plaintiff

## O R D E R

**IT IS HEREBY ORDERED** that the status conference is converted to a change of plea hearing and reset for **September 26, 2023, at 9:30 a.m.**  The time period between August 29, 2023 and September 26, 2023, is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(i) and (iv), as the ends of justice served by granting the parties' request outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:   **August 22, 2023**                 _____
                                             UNITED STATES DISTRICT JUDGE