HEATHER E. WILLIAMS, #122664
Federal Defender
MEGAN T. HOPKINS, #294141
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95823
Telephone: 916-498-5700
Fax: 916-498-5710

Attorney for Defendant
MICHAEL DAVID PUNZAL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.  2:22-cr-00216-DAD |
| Plaintiff, | ) ) ) | STIPULATION AND ORDER TO CONTINUE CHANGE OF PLEA HEARING AND EXCLUDE TIME |
| v. | ) ) | |
| MICHAEL DAVID PUNZAL, | ) ) | Date:   October 10, 2023 |
| Defendant. | ) ) | Time:   9:30 a.m. Judge:  Hon. Dale A. Drozd |
| | ) | |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Emily Sauvageau, counsel for plaintiff, and Assistant Federal Defender Megan T. Hopkins, counsel for defendant Michael David Punzal, that the change of plea hearing scheduled for September 26, 2023, at 9:30 a.m. be continued to **October 10, 2023, at 9:30 a.m.**

The government has conveyed a written plea offer, and Mr. Punzal requires additional time to consider the terms of the offer and decide how best to proceed in this case.  Accordingly, the parties request that the hearing in this matter be reset for Tuesday, October 10, 2023, at 9:30 a.m. or as soon thereafter as the Court is available.  The parties agree that the ends of justice served by resetting the status conference date outweigh the best interest of the public and the

1    defendant in a speedy trial.  Therefore the parties agree that time is excludable pursuant to 18

2    U.S.C. § 3161(h)(7)(A), (B)(iv) (Local Code T4).

3

4    DATED: September 19, 2023                    Respectfully submitted,

5                                                 HEATHER E. WILLIAMS
                                                  Federal Public Defender
6
                                                  /s/ Megan T. Hopkins
7                                                 MEGAN T. HOPKINS
                                                  Assistant Federal Defender
8                                                 Attorney for Defendant
                                                  MICHAEL DAVID PUNZAL
9

10                                                PHILLIP A. TALBERT
                                                  United States Attorney
11

12   DATED:  September 19, 2023                   /s/ Emily Sauvageau
                                                  EMILY SAUVAGEAU
13                                                Assistant United States Attorney
                                                  Attorney for Plaintiff
14

15

16                              **O R D E R**

17

18          Pursuant to the stipulation of the parties and good cause appearing, the change of plea

19   hearing is continued to **October 10, 2023, at 9:30 a.m.**  The time period between September 26,

20   2023 and October 10, 2023, is excluded under the Speedy Trial Act pursuant to 18 U.S.C. §

21   3161(h)(7)(A) and (B)(i) and (iv), as the ends of justice served by granting the continuance

22   outweigh the best interest of the public and the defendant in a speedy trial.

23          IT IS SO ORDERED.

24
     Dated:   **September 20, 2023**
25                                                DALE A. DROZD
                                                  UNITED STATES DISTRICT JUDGE
26

27

28