HEATHER E. WILLIAMS, SBN 122664
Federal Defender
MEGAN T. HOPKINS, SBN 294141
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
Attorneys for Defendant
MICHAEL DAVID PUNZAL, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> MICHAEL DAVID PUNZAL, JR., ) <br> ) <br> Defendant. ) <br> ) <br> _____) | Case No. 2:22-cr-00216-DAD <br><br> STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING AND MODIFY SCHEDULE OF DISCLOSURE FOR PSR <br><br> Date: April 9, 2024 <br> Time: 9:30 a.m. <br> Judge: Hon. Dale A. Drozd |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, U.S. Attorney Phillip A. Talbert, through Assistant United States Attorney Emily Sauvageau, attorney for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Megan T. Hopkins, attorney for defendant Michael David Punzal, Jr., that the previously-scheduled sentencing hearing date of February 27, 2024, be continued to **April 9, 2024**, at 9:30 a.m, and that the disclosure schedule be modified as follows to permit additional time for the completion of the objections to the pre-sentence report (PSR):

   Informal Objections due:     March 5, 2024

   Final PSR due:               March 12, 2024

   Formal Objections due:       March 26, 2024

   Reply/Sentencing Memo:       April 2, 2024

Stipulation to Continue Sentencing Hearing        -1-

Defense counsel requires additional time to acquire records and other information for informal objections to the presentence report. The proposed modification to the disclosure schedule and continued sentencing date will permit sufficient time for the completion of defense investigation related to the defense informal objections and, if necessary, defense motion to correct the PSR.  Therefore, it is the request of the parties that the Court grant the requested continuance and modify the disclosure schedule as set forth above.

Respectfully submitted,

Dated:  January 22, 2024         HEATHER E. WILLIAMS
Federal Defender

*/s/ Megan T. Hopkins*
MEGAN T. HOPKINS
Assistant Federal Defender
Attorney for Defendant
MICHAEL DAVID PUNZAL, JR.

Dated: January 22, 2024         PHILLIP A. TALBERT
United States Attorney

*/s/Emily Sauvageau*
EMILY SAUVAGEAU
Assistant U.S. Attorney
Attorney for Plaintiff

## ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its Order.  The sentencing hearing date of February 27, 2024, is hereby continued to April 9, 2024, at 9:30 a.m.

IT IS SO ORDERED.

Dated:   **January 23, 2024**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE